## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | FILED: JULY 9, 2008 |
|---|---|---|
| WELLS FARGO BANK, N.A., successor to WELLS FARGO BANK MINNESOTA, N.A. successor to NORWEST BANK MINNESOTA N.A. as trustee for Certificate Holders of SACO1 Series 1992-2 | | 08CV3910 JUDGE NORDBERG MAGISTRATE JUDGE ASHMAN |
| Vs. | | |
| Rozina Wilks | | PH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WELLS FARGO BANK, N.A., successor to WELLS FARGO BANK MINNESOTA, N.A. successor to NORWEST BANK MINNESOTA N.A. as trustee for Certificate Holders of SACO1 Series 1992-2

| NAME (Type or print) |
|---|
| Laura Wardinski |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Laura Wardinski |
| FIRM    Kropik, Papuga & Shaw |
| STREET ADDRESS    120 South LaSalle Street  Ste. 1327 |
| CITY/STATE/ZIP    Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6193878 | TELEPHONE NUMBER  312-236-6405 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N |
|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   N |

| | |
|---|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | N |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL              APPOINTED COUNSEL