## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

WELLS FARGO BANK, N.A., successor to WELLS FARGO BANK MINNESOTA, N.A. successor to NORWEST BANK MINNESOTA N.A. as trustee for Certificate Holders of SACO1 Series 1992-2

Vs.

Rozina Wilks

Case Number:

FILED: JULY 9, 2008
08CV3910
JUDGE NORDBERG
MAGISTRATE JUDGE ASHMAN

PH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WELLS FARGO BANK, N.A., successor to WELLS FARGO BANK MINNESOTA, N.A. successor to NORWEST BANK MINNESOTA N.A. as trustee for Certificate Holders of SACO1 Series 1992-2

| | |
|---|---|
| NAME (Type or print) Stanley W. Papuga | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   s/Stanley W. Papuga | |
| FIRM    Kropik, Papuga & Shaw | |
| STREET ADDRESS    120 South LaSalle Street Ste. 1327 | |
| CITY/STATE/ZIP    Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 02142058 | TELEPHONE NUMBER    312-236-6405 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |

| |
|---|
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br><br>RETAINED COUNSEL                              APPOINTED COUNSEL |