## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | | |
|---|---|---|
| In the Matter of<br>WELLS FARGO BANK, N.A., successor to WELLS FARGO BANK MINNESOTA, N.A. successor to NORWEST BANK MINNESOTA N.A. as trustee for Certificate Holders of SACO1 Series 1992-2<br><br>Vs.<br>Rozina Wilks | Case Number: | FILED: JULY 9, 2008<br>08CV3910<br>JUDGE NORDBERG<br>MAGISTRATE JUDGE ASHMAN<br><br>PH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WELLS FARGO BANK, N.A., successor to WELLS FARGO BANK MINNESOTA, N.A. successor to NORWEST BANK MINNESOTA N.A. as trustee for Certificate Holders of SACO1 Series 1992-2

---

NAME (Type or print)
Robert E. Haney

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/Robert E. Haney

FIRM    Kropik, Papuga & Shaw

STREET ADDRESS   120 South LaSalle Street   Ste. 1327

CITY/STATE/ZIP   Chicago, IL  60603

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6189905 | TELEPHONE NUMBER   312-236-6405 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                        APPOINTED COUNSEL