IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., successor to WELLS FARGO BANK MINNESOTA, N.A. successor to NORWEST BANK MINNESOTA N.A. as Trustee for Certificate Holders of SACO1 Series 1999-2<br>Plaintiff,<br>vs.<br>ROZINA WILKS<br><br>Defendants. | No.<br>FILED: JULY 9, 2008<br>08CV3910<br>JUDGE NORDBERG<br>MAGISTRATE JUDGE ASHMAN<br><br>PH |

**NOTIFICATION OF AFFILIATES**

Pursuant to Local Rule 3.2, Plaintiff submits the following disclosure:

WELLS FARGO & COMPANY is the Parent of WELLS FARGO BANK, N.A.

_____
Attorney for Plaintiff

KROPIK, PAPUGA & SHAW
Attorneys for Plaintiff
120 South LaSalle Street
Chicago, Illinois 60603
Telephone: 312/236-6405

- 1 -