## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV3910                    Assigned/Issued By: J.N.

Judge Name: NORDBERG                     Designated Magistrate Judge: ASHMAN

---

### FEE INFORMATION

**Amount Due:**   ☑ $350.00      ☐ $39.00      ☐ $5.00

                  ☐ IFP           ☐ No Fee       ☐ Other _____

                  ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350.00 _____            Receipt #: 2920251 _____

Date Payment Rec'd: 7-9-08 _____        Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____
                                             _____
☐ Citation to Discover Assets                      (Victim, Against and $ Amount)

☐ Writ _____                ☐ Other
        (Type of Writ)                       _____
                                             _____
                                                    (Type of issuance)

1 ____ Original and 0 _____ copies on 7-9-08 _____ as to DEFENDANT _____
                                        (Date)

_____

_____