IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., successor to WELLS FARGO BANK MINNESOTA, N.A. successor to NORWEST BANK MINNESOTA N.A. as Trustee for Certificate Holders of SACO1 Series 1999-2 <br> Plaintiff, <br> vs. <br> ROZINA WILKS <br><br><br><br><br><br><br> Defendants. | No. 08 CV 3910 <br><br> Judge John Nordberg (1801) |

**MOTION TO SHORTEN REDEMPTION**

Now comes the Plaintiff by KROPIK, PAPUGA & SHAW, its attorneys, and moves this Court for a finding of Abandonment pursuant to Section 15-1603 (b)(4) of the Illinois Mortgage Foreclosure Law (735 ILCS 5/15-1603 [b][4]) and for an order shortening the redemption period. As grounds for this Motion, Plaintiff submits an Affidavit in support of this Motion and states that the facts contained in the Affidavit lead to the conclusion that the property in question is vacant and abandoned.

WHEREFORE, Plaintiff moves this Court for a finding that the property in question is abandoned and for the entry of an Order directing that the redemption period expire thirty (30) days after the entry of the Judgment of Foreclosure and Sale.

WELLS FARGO BANK, N.A., successor
WELLS FARGO BANK MINNESOTA, N.A.

By: _____
Attorney for Plaintiff

KROPIK, PAPUGA & SHAW
Attorneys for Plaintiff
120 South LaSalle Street
Chicago, Illinois 60603
Telephone: 312/236-6405