

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

CHAMBERS OF
REBECCA R. PALLMEYER
CHIEF JUDGE

312-435-5600

September 21, 2021

Kenneth K. Shaw, Jr.
Attorney at Law
120 S. LaSalle Street
Chicago, Illinois 60603

**FILED**

**SEP 21 2021**

CHIEF JUDGE REBECCA R. PALLMEYER
UNITED STATES DISTRICT COURT

Re: Wells Fargo Bank, N.A., as Trustee v. Wilks
Case No. 08 C 3910

Dear Mr. Shaw:

Thank you for your letter of August 4, 2021. We have placed your letter in the court file. I have reviewed the information that you have provided and have again reviewed the docket. Based on the information you furnished and that review, I see no need to take further action with respect to this case. Please know that we will examine our procedures and take steps to ensure a situation like this one, however inadvertent, is not repeated.

Yours truly,

Rebecca R. Pallmeyer
Chief Judge, Northern District of Illinois

RRP/skl